# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BRYAN W. BALDWIN, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. CIV-09-138-R** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Before the Court is the Report and Recommendation entered by United States Magistrate Judge Robert E. Bacharach on December 11, 2009. Doc. No. 22. No objection has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in their entirety and the decision of the Commissioner of the Social Security Administration is REVERSED. This case is REMANDED to the Commissioner for further administrative proceedings consistent with the Findings and Recommendation of the Magistrate Judge.

IT IS SO ORDERED this 29th day of December 2009.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE