# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRYAN W. BALDWIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-09-138-R |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the Report and Recommendation entered by United States Magistrate Judge Robert E. Bacharach on June 3, 2010. Doc. No. 41. No objection has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED. Plaintiff's application for an award of attorney's fees pursuant to the EAJA [Doc. No.29] is GRANTED and Defendant is ORDERED to pay to Plaintiff $1,111.50 in fees under the EAJA.

IT IS SO ORDERED this 22nd day of June, 2010.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE